**FILED**
**FEB 0 1 2008**
Clerk, U.S. District Court
By:_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
           Plaintiff, )
            ) CASE NO. 08-CR-20008 JWL/JPO
v. )
            ) FILED UNDER SEAL
MATTHEW STEPPE, )
           Defendant. )

SEALED
unsealed upon arrest

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about July 15, 2005, the exact date being unknown to the grand jury, in the District of Kansas, and elsewhere, the defendant,

**MATTHEW STEPPE,**

knowingly and intentionally possessed one or more materials which contained the visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct, and which visual depictions were of such conduct which had been mailed, shipped and transported in interstate or foreign commerce, by any means including computer, in violation of Title 18 United States Code, Section 2252(a)(4)(B).

1

## COUNT 2

On or about ~~August 30~~ November 4, 200~~5~~, in the District of Kansas and elsewhere, the defendant,

**MATTHEW STEPPE,**

knowingly traveled in interstate commerce from Kansas to Missouri for the purpose of engaging in a sexual act (as defined in Title 18, United States Code, Section 2246) with N.M., a person under the age of 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT 3

In or about November of 2004, the exact date being unknown to the Grand Jury, in the District of Kansas and elsewhere, the defendant,

**MATTHEW STEPPE,**

knowingly traveled in interstate commerce from Kansas to Missouri for the purpose of engaging in a sexual act (as defined in Title 18, United States Code, Section 2246) with H.W., a person under the age of 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT 4

On or about February 7, 2005, in the District of Kansas, the defendant,

**MATTHEW STEPPE,**

knowingly traveled in interstate commerce from Kansas to Missouri for the purpose of engaging in a sexual act (as defined in Title 18, United States Code, Section 2246) with J.B., a person under the age of 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT 5

On or about November 2, 2004 and on or about November 25, 2004, in the District of Kansas, the defendant,

## MATTHEW STEPPE,

did unlawfully, knowingly, and intentionally use facilities of interstate commerce, that is a computer, and a telephone, to attempt to knowingly persuade, induce, entice or coerce an individual who had not attained the age of 18 years old, to engage in sexual activity for which any person could be charged with a criminal offense in that, the defendant used his computer to engage a girl he knew had not attained the age of 18 years, H.W., in graphically sexual conversation in an attempt to convince her to have sexual intercourse, in violation of Title 18 United States Code Section 2422(b).

A TRUE BILL.

DATED: 1/31/08

FOREPERSON

*[signature]*

ERIC F. MELGREN
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
KS S.Ct. No.12430

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

The Court acknowledges the return of this indictment in open court.

_____
UNITED STATES DISTRICT JUDGE

**PENALTIES:**

| | |
|---|---|
| **Count 1** | **18 U.S.C. 2252(a)(4)(B)**<br>Possession of Child Pornography. |

- NMT 10 years imprisonment
- $250,000.00 Fine;
- SR NLT 5 years; and NMT Life
- $100.00 Special Assessment Fee

| | |
|---|---|
| **Count 2** | **18 U.S.C. § 2423(b)**<br>Travel in interstate commerce for purposes of engaging in a sexual act with a minor. |

- NMT 30 years imprisonment
- $250,000.00 Fine;
- SR NLT 5 years: NMT life
- $100.00 Special Assessment Fee

| | |
|---|---|
| **Count 3** | **18 U.S.C. § 2423(b)**<br>Travel in interstate commerce for purposes of engaging in a sexual act with a minor. |

- NMT 30 years imprisonment
- $250,000.00 Fine;
- SR NLT 5 years; NMT life
- $100.00 Special Assessment Fee

| | |
|---|---|
| **Count 4** | **18 U.S.C. § 2423(b)**<br>Travel in interstate commerce for purposes of engaging in a sexual act with a minor. |

- NMT 30 years imprisonment
- $250,000.00 Fine;
- SR NLT 5 years; NMT life
- $100.00 Special Assessment Fee

5

**Count 5**     **18 U.S.C. 2422(b)**
Use of a communication facility to attempt to coerce a minor to engage in sexual activity.

- NLT 10 years, or for life
- $250,000 Fine
- SR NLT 5 years; NMT life
- $100 Special Assessment Fee